# COMPLAINT

### (for non-prisoner filers without lawyers)

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2026 MAY -6 P 2: 37

CLERK OF COURT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Helissa Harris
1331 W National Ave apt 314
Milwaukee, WI 53204

v.

(Full name of defendant(s))

Popeye's Louisiana Kitchen /Zubha
Pop foods LLC /HZ OPS Holding Inc.
4209 W Greenfield Ave
Milwaukee, WI 53215

Case Number:

## 26-C-0803

(to be supplied by Clerk of Court)

---

A.   PARTIES

1.   Plaintiff is a citizen of __Wisconsin__ and resides at
        (State)

1331 W National Ave apt 314 Milwaukee, WI 53204
                        (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2.   Defendant Popeye's Louisiana Kitchen /Zubha Pop Foods LLC/
     HZ OPS Holding Inc.
                                    (Name)

is (if a person or private corporation) a citizen of <u>Wisconsin</u>
(State, if known)

and (if a person) resides at <u>4209 W. Greenfield Ave Milwaukee, WI 53215</u>
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for <u>Popeye's Louisiana Kitchen/Zubha Foods LLC</u>.
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.   Who violated your rights;
2.   What each defendant did;
3.   When they did it;
4.   Where it happened; and
5.   Why they did it, if you know.

1.) Rico Lay Hiring Manager of Popeye's/Zubha PopFoods LLC.

2.) Rico Lay would not allow me to come to work at Popeyes due to my (metal)(Rod) in my leg from 2012 surgery, Rico Stated that I was a liability to the company & that I was over qualified to work there, I assume he was joking since I was already hired and ready to work, and I still am.

3.) March, 19, 2025 but I should of started 3/15/25 but unfortunately Rico Never allowed me to work & told other employee's to Turn me away because work was "Slow"

4.) Popeyes Louisiana Kitchen Located at 4209 W. Greenfield Ave. milwaukee, WI 53215

5.) I'm not sure why <s>discriminated against</s> but I guess because I'm a liability to the company Popeyes/Zubha

Case 2:26-cv-00803-NJ   Filed 05/06/25   Page 2 of 6   Document 1

Melissa Harris myself the plaintiff, worked For Popeye's louisiana Kitchen / Zubha Pop Foods LLC also Known as Hz ops Holding Inc, on 3/15/25 For $18.00 an hour. I was held off by Rico Lay to come in to start 3/18/25. I came Black pants, Black Timie shoes, Black T-shirt. I Brought my Drivers license and Birth Certificate in replacement of my social Security Card, Rico said it was okay! Rico Sit me down at the table after he makes Copies of my ID & Birth certificate. He talks about Schedule and how to handle Customers, Rico see's that I'm smart and handle myself well already, he Pretends Nice. At this Point I'm ready to start Working! Rico Begins talking about my leg being an issue and liability to his company. He also stated that I was over qualified to work there. I assumed he was Joking because I was literally hired already. I told him No I'm not a liability & that I taught myself to walk again after being in the Wheel Chair 4-5 months stressed! I told Rico I'm strong and Motivated to Work, and I said I will always be on Time especially, because I stay close. I was only two blocks until Rico moved me from 16th National to Greefield location right away!!! Please Help me your HONOR!!.

complaint - 3

Rico Took a picture of my Cashapp & asked for Account/Routing. He Claimed that was to issue my check! I questioned that in my mind. Rico had me get on the Computer to ADP App which is For Payroll, So he had NO Reason to ask or Take a picture of my Account & Routing Numbers. I never got a punch in number, nor was I able to access ADP after that Same day. Rico told me to come back tommorrow because it was slow but he been Saying this stuff since 3/15/25. I didn't Complain because I was Just Happy to Have a Job For me and my son. I come Back the next day Prepared in all black, and ready to Work. The Dark Skin Young Man Stated Rico Said For me to Come back again tommorrow because its Slow! So this time I feel in my heart Rico Avoiding me. So I take a picture to Show I came to work. I Called Rico Phone For 3 days Straight and LEFt Voicemail each Time. He never Once Called back. He saw me buying Food on 16th National and he was rolling his eyes & Whispering to his employees. I was Scared to eat From there. Anyway That very Monday I went to EEOC after one final call to Rite!

Case 2:26-cv-00803-NJ Filed 05/06/26 Page 4 of 6 Document 1

## C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ _____.

## D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I would like the court to advocate For me, and make Popeye's/ Zubha Foods LLC / Hz ops Holding Inc Pay/award me in a lump sum of $475,000. Four Hundred and Seventy five thousand Dollars. This amount will make me whole and provide Corrective and preventative relief. This amount will also include back pay, punitive damages. I would also like my Job back So I can show my skills at the original location I was Supposed to work at From the beginning 3/15/25 at 15167 W. National Ave. Milwaukee, WI and I live only two blocks From there. I would Like Rico Lay to be displined For his actions because he will only continue to hurt People & abuse his power/Authority without consequence!!!

Complaint – 4

E.    JURY DEMAND

I want a jury to hear my case.

☑ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___6___ day of ___May___ 20_26_

Respectfully Submitted,

_Melissa Hawn_
Signature of Plaintiff

_(262)212-7788_
Plaintiff's Telephone Number

_investingisthekey@yahoo.com_
Plaintiff's Email Address

_1331 W. National Ave apt 314_
_Milwaukee, WI 53204_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑     I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐     I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.